**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NICK LYKON,                    : No. 40 MAL 2014
:
          Respondent      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                   :
:
:
JILL AND TIMOTHY WYMORE,    :
:
          Petitioners       :


NICK LYKON,                    : No. 41 MAL 2014
:
          Respondent      :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                   :
:
:
SPUDS, INC., LLC,             :
:
          Petitioner        :


NICK LYKON,                    : No. 42 MAL 2014
:
          Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                   :
:
:
LEANN R. AND STEVEN BRUNER,  :
:
          Petitioners       :


NICK LYKON,                    : No. 43 MAL 2014
:
          Respondent      :

|  |  | : Petition for Allowance of Appeal from the |
|  |  | : Order of the Superior Court |
| v. |  | : |
|  |  | : |
|  |  | : |
| MAURICE BIRT, |  | : |
|  |  | : |
| | Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.